1    **WO**

2

3              IN THE UNITED STATES DISTRICT COURT

4                  FOR THE DISTRICT OF ARIZONA

5

6   United States of America,              )   CR-17-00811-02-PHX-GMS
                                           )
7              Plaintiff,                   )
                                           )   **ORDER OF DETENTION**
8   vs.                                     )
                                           )
9   Michael Jaime,                          )
                                           )
10             Defendant.                   )
                                           )
11  _____        )

12       Defendant was released on Pretrial Supervision on May 25, 2017.  Pretrial Services

13  filed a Petition for Action on Conditions of Pretrial Release alleging that defendant violated

14  the terms of his release.  Defendant was arrested and appears before the Court with counsel.

15       Counsel for defendant advises the Court that defendant wishes to waive his right to

16  a hearing on the petition.  The Court addressed defendant and advised defendant of his right

17  to remain silent, to continued representation by counsel, to provide evidence on his behalf,

18  and the government's obligation to prove that defendant violated at least one condition of

19  release by clear and convincing evidence.  Defendant advised he understood these rights and

20  confirmed that he wanted to waive his right to a hearing.

21       The Court deems the waiver a submission and based on the allegations in the petition,

22  the Court finds that defendant violated at least one condition of his release.  Further, that

23  defendant is unlikely to abide by any condition or combination of conditions of release.

24       IT IS THEREFORE ORDERED that the defendant's release is revoked and he is

25  detained pending further order of the Court.

26  DATED this 5th day of February, 2018.

27

28                              *Michelle H. Burns*
                                _____
                                Michelle H. Burns
                                United States Magistrate Judge